McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )  No. Cr. S-03-511 GEB
           Plaintiff,            )
                                 )
     v.                          )  MOTION FOR LEAVE TO DISMISS
                                 )  PURSUANT TO RULE 48(a);
STEPHEN D. OLES,                 )  ORDER
                                 )
           Defendant.            )
_____)

    The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment in this case. In support thereof, the United States represents as follows:

    1. This case was indicted on December 3, 2003, after defendant Oles became a fugitive from prosecution in a separate fraud case pending in this district, <u>United States v. Stephen D. Oles</u>, Cr. S-98-450 GEB.  Oles was also a fugitive in a similar fraud case pending in the Southern District of West Virginia.

    2.  As set forth in the Government's motion for leave to dismiss the Indictment as to Defendant Oles in that case, filed contemporaneously herewith, in 2003 Oles was arrested and then prosecuted in the United Kingdom, and in late 2006 he was extradited

1

to the United States.  On December 4, 2006, defendant Oles signed a plea agreement in the Southern District of West Virginia, pursuant to which he agreed to plead guilty to conspiracy, wire fraud and obstruction of justice charges in that district.  Pursuant to the agreement, which was signed by Assistant U.S. Attorneys handling both the West Virginia case and the cases pending against Oles in this district, Oles' conduct in the Eastern District of California case was to be considered as relevant conduct at sentencing in the West Virginia case, and victims in this district were to be included in the restitution ordered in that case.  In exchange, the Government agreed to dismiss this case and the underlying case against Oles in this district. On January 16, 2007, defendant Oles pleaded guilty in U.S. District Court in Charleston, West Virginia pursuant to the plea agreement.

3.  On April 16, 2007, defendant Oles was sentenced in U.S. District Court in West Virginia to 121 months in prison, and ordered to pay $2,023,057 to victims, including the victims in the underlying case in this district. Accordingly, pursuant to the plea agreement with defendant Oles, the Government now seeks leave to dismiss the indictment in this case.

Date: April 18, 2007                    Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                         /S/ Benjamin Wagner
                                    By:_____
                                        BENJAMIN B. WAGNER
                                        Assistant U.S. Attorney

McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. Cr. S-03-511 GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING INDICTMENT |
| ) | |
| STEPHEN D. OLES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment as to Defendant Stephen D. Oles, the defendant having been sentenced to ten years in prison in a federal case pending in the Southern District of West Virginia.  Good cause having been shown, leave to dismiss the Indictment is **GRANTED**, and the Indictment is hereby **DISMISSED**.

Dated:  April 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3